IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SILAS MARTIN,                   )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )          2:15cv839-MHT
                                )              (WO)
DR. ALFRED NEWMAN JR. (MD,      )
PH.D.), individual and          )
official capacity, and          )
JOHN PEASANT M.D.,              )
individual and official         )
capacity,                       )
                                )
     Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the quality of certain medical care he has received in prison, contending that he was not warned of potential complications and that he has been left with permanent injuries.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and that this case be dismissed

without prejudice for plaintiff's failure to pay the filing and administrative fees upon his initiation of this case.  Also before the court are plaintiffs' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.[*]

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2016.

    /s/ Myron H. Thompson_____
    UNITED STATES DISTRICT JUDGE

---

[*] The court notes that the recommendation of the magistrate judge (doc. no. 9) contains typo on page 2: the case number for Martin v. Auburn Police Dept., et al. is 3:15-CV-307-MHT (M.D. Ala. 2015), not 3:15-CV-302-MHT.  This minor error has no impact on the outcome.